UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ESTRADA ESPINOZA, et al., | No. 2:13-cv-02672-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| ERIC HOLDER, United States Attorney General, et al., | |
| Defendants. | |

On September 22, 2014, the defendants moved to dismiss this action for lack of subject matter jurisdiction or, alternatively, for summary judgment. ECF No. 13. A hearing was noticed and set for December 5, 2014. *Id.* On October 13, 2014, the plaintiffs opposed that motion and filed a cross-motion for summary judgment. ECF No. 16.

On November 25, 2014, the parties filed a stipulation to reset the hearing date to December 19, 2014. ECF No. 18. The stipulation was approved and the hearing reset. ECF No. 19. On December 12, 2014, the parties again filed a stipulated motion to continue the hearing date to July 24, 2015, explaining they were "exploring the possibility of an administrative resolution to the matter." ECF No. 20. The stipulation was granted and the hearing reset accordingly. ECF No. 21. On June 30, 2015, the parties filed a stipulated motion to reset the

1 | hearing date for January 15, 2016, explaining the "administrative process remains ongoing."  ECF
2 | No. 22.  The hearing date was reset again as requested.  ECF No. 23.
3 |        On January 6, 2016, the parties again filed a stipulated motion to continue the
4 | hearing date until July 15, 2016, explaining "[t]he administrative process remains ongoing."  ECF
5 | No. 24.
6 |        The court has not yet issued a pretrial scheduling order under Federal Rule of Civil
7 | Procedure 16 or held an initial pretrial scheduling conference.
8 |        The parties' current request, ECF No. 24, is GRANTED IN PART: the hearing is
9 | RESET for February 12, 2016 at 10:00 a.m.  Within seven days of the date this order is filed, the
10 | parties shall file a joint report explaining the circumstances of the "administrative process" and its
11 | expected timeline, and whether this action should be stayed.  In the same report the parties may
12 | renew their request to continue the hearing date.
13 |        IT IS SO ORDERED.
14 | DATED:  January 12, 2016.

_____
UNITED STATES DISTRICT JUDGE

2